1
2
3
# UNITED STATES DISTRICT COURT
4
## EASTERN DISTRICT OF CALIFORNIA
5
6  ALLEN HAMMLER,                           Case No.  1:25-cv-01493-BAM (PC)

7            Plaintiff,                     ORDER TO SUBMIT APPLICATION TO
                                            PROCEED *IN FORMA PAUPERIS* OR PAY
8        v.                                 FILING FEE WITHIN 30 DAYS

9  DEL PILAR, *et al.*,                     **THIRTY (30) DAY DEADLINE**

10           Defendants.

11

12        Plaintiff Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

13  rights action under 42 U.S.C. § 1983.  This case was initiated on October 23, 2025 in the

14  Sacramento Division of the Eastern District of California.  (ECF No. 1.)  The case was transferred

15  to the Fresno Division on November 4, 2025.  (ECF No. 3.)  Plaintiff has not paid the $405.00

16  filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

17        Accordingly, IT IS HEREBY ORDERED that:

18        Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the

19  attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of

20  his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action.

21  **No requests for extension will be granted without a showing of good cause.  Failure to**

22  **comply with this order will result in dismissal of this action.**

23
24  IT IS SO ORDERED.

25      Dated:   **November 5, 2025**              /s/ *Barbara A. McAuliffe*
26                                              UNITED STATES MAGISTRATE JUDGE
27
28
                                        1