# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>          Plaintiff,<br><br>   v.<br><br>OLIVIA DEL PILAR, *et al.*,<br><br>          Defendants. | Case No. 1:25-cv-01493-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER CASE TO PROPER VENUE AS MOOT<br><br>(ECF No. 6) |

      Plaintiff Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This case was initiated on October 23, 2025 in the Sacramento Division of the Eastern District of California. (ECF No. 1.) The case was transferred to the Fresno Division on November 4, 2025. (ECF No. 3.)

      Currently before the Court is Plaintiff's motion to transfer case to proper venue, filed November 6, 2025. (ECF No. 6.) Plaintiff requests that the case be transferred to the Fresno Division as the proper venue, as the claims arose at Kern Valley State Prison, in Delano. (*Id.*)

      As the case has already been transferred to the Fresno Division, Plaintiff's motion to transfer case to proper venue, (ECF No. 6), is HEREBY DENIED, as moot.

IT IS SO ORDERED.

   Dated: **November 6, 2025**           /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE