**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HAMMLER, | No. 1:25-cv-01493-JLT-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| DEL PILAR, *et al.*, | |
| Defendants. | (Doc. 10) |

Plaintiff Allen Hammler is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 12, 2025, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to obey a court order and failure to prosecute this action due to Plaintiff's failure to file a completed application to proceed *in forma pauperis* or pay the filing fee for this action.  (Doc. 10.)  The Court served the findings and recommendations on Plaintiff and notified him that any objections were due in 14 days.  (*Id.* at 3–4.)  The Court also warned Plaintiff that failure to file objections within the specified time may result in waiver of the right to challenge the magistrate's factual findings  on appeal. (*Id*. at 4 (*citing Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).) Plaintiff has not filed an application to proceed *in forma pauperis* or otherwise

1

communicated with the Court.  No objections were filed, and the deadline to do so has now passed.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.    The findings and recommendations issued on December 12, 2025, (Doc. 10), are **ADOPTED IN FULL**.

2.    This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute.

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **January 29, 2026**

UNITED STATES DISTRICT JUDGE

2